FILED

18 SEP 25 AM 11:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ⁿ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 18 CR 4159 LAB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1326(a) - Removed Alien Found in the United States; Title 8, U.S.C., Sec. 1325 - Improper Entry by an Alien (Felony) |
| DENNIS EVELIO GUZMAN, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about August 3, 2018, within the Southern District of California, defendant DENNIS EVELIO GUZMAN, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States and his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's re-application for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

CBK:cms:Imperial:9/24/18

Count 2

On or about August 3, 2018, within the Southern District of California, defendant DENNIS EVELIO GUZMAN being an alien, unlawfully entered the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and previously committed the offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, Case No. 16-22072M , in the United States District Court for the District of Arizona on March 18, 2016; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: September 25, 2018.

A TRUE BILL:

Foreperson

ADAM L. BRAVERMAN
United States Attorney

By:
CARLA B. KEEHN
Assistant U.S. Attorney