FILED
OCT 29 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-CR-4159-LAB |
|---|---|
| Plaintiff, | |
| v. | **WAIVER OF TRIAL BY JURY AND WAIVER OF SPECIAL FINDINGS** |
| DENNIS GUZMAN | |
| Defendant. | |

The undersigned defendant hereby waives the right to a trial by a jury and requests the Court to try all charges against him in this case without a jury. The undersigned defendant further waives the right to request any special findings of fact as provided by Rule 23 (c) of the Federal Rules of Criminal Procedure.

DATED: 10/1/18

*Dennis* [signature]

DENNIS GUZMAN, Defendant

The undersigned attorney represents that prior to the signing of the foregoing waiver, the above-named defendant was fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, and the right to request special findings in a case tried without a jury: and further represents that, in his opinion, the above waiver by the defendant of trial by jury and special findings is voluntarily and understandingly made, and recommends to the Court that the waiver be approved.

DATED: 10/1/18

[signature]

DAVID J. ZUGMAN
Counsel for Defendant

18-CR-4159-LAB

1    The Acting United States Attorney hereby consents that the case be
2 tried without a jury, and waives the right to request any special
3 findings of fact as provided by Rule 23(c) of the Federal Rules of
4 Criminal Procedure.

5 DATED: 10/29/18

ADAM BRAVERMAN
ACTING UNITED STATES ATTORNEY

*/s/ Ass't U.S. Attorney*

Ass't U.S. Attorney

9 APPROVED: 10-30-18

*/s/ Larry A. Burns*

LARRY A. BURNS
United States District Judge